# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| In Re:<br>SIPASEUTH, SIPHAY<br><br><br>Debtor(s) | **Case No.** 05-83751<br>**Chapter** 7 -- Liquidation<br>**Judge** MARCI B. MCIVOR<br><br>**Trustee** CHARLES J. TAUNT |
|---|---|

## INTERIM REPORT OF TRUSTEE

1. For the period ending / 2/21/2006

2. Date of section 341A meeting: 12/16/05    341A continued date: 02/01/06
   Date of appointment accepted: 10/14/05

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

   | Total receipts | 0.00 | Checking | 0.00 |
   |---|---|---|---|
   | Total disbursements | 0.00 | Money Market | 0.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **$0.00** |

   The amount of the Trustee's bond is: Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:     **$0.00**
   (from Individual Estate Property Record – Form 1, total of column 6)

   Assets for which insurance coverage has been obtained: **(None)**

5. Projected total value to be realized (total of 3 + 4):     **$0.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:    Trustee is investigating possible preference payment.

7. Projected date of final report:    **12/21/06**

                                      Trustee's Signature:   /s/ Charles J. Taunt
                                      CHARLES J. TAUNT
                                      700 East Maple Road
                                      2nd Floor
                                      Birmingham, MI  48009
                                      (248) 647-1127
                                      teetaunt@tauntlaw.com
                                      (P24589)